IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAROLD R. C. V., ET AL., | § § § | |
| Petitioners, | § § | |
| | § | No. 3:26-cv-872-E-BN |
| V. | § § | |
| WARDEN, PRAIRIELAND DETENTION FACILITY, | § § § | |
| | § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Petitioners' emergency motions for immediate release, temporary restraining order, and stay of removal [Dkt. Nos. 2, 3, 5] are DENIED.

SO ORDERED this 4th day of May, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE